| PROB 22-DC (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-341-1 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR06-17-UNA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Nathaniel Wills  Milford, DE 19963  REDACTED | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Richard W. Roberts | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 7, 2005 — TO December 6, 2008 |

**OFFENSE**

Wire Fraud and Aiding and Abetting

Uttering Counterfeit Obligations and Securities and Aiding and Abetting

Dealing in Counterfeit Obligations or Securities and Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1-31-06_                                          _[signature]_
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                              _____
Effective Date                                     United States District Judge