(4)

United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C.   20001


March 17, 2006


Clerk, U.S. District Court
for the District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

                              In re: U.S.A. vs Nathaniel Wills
                              Our Case Number: CR 04-341-RWR
                              Your Case Number: CR 06-17-UNA


Dear Clerk:

        Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the
Transfer of Jurisdiction Order, Indictment, Judgment, and docket sheet.

        Please acknowledge receipt of these documents on the enclosed copy of this letter.


                              Very truly yours,

                              NANCY MAYER-WHITTINGTON, CLERK

                              By: _Linda Pugh_
                                    Deputy Clerk


Enclosures


FILED

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

Scanned

FILED IN OPEN COURT

JUL 2 3 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on October 31, 2003

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:  **0 4 - 3 4 1** |
| | : | *Mag. No.* 04-143M |
| v. | : | |
| | : | VIOLATIONS: |
| NATHANIEL V. WILLS | : | 18 U.S.C. § 371 |
| | : | **(Conspiracy to Commit Offense or to Defraud United States)** |
| | : | 18 U.S.C. § 472 |
| | : | **(Uttering Counterfeit Obligations and Securities)** |
| | : | 18 U.S.C. § 473 |
| | : | **(Dealing in Counterfeit Obligations or Securities)** |
| RICHARD W. ROBERTS | : | 18 U.S.C. § 1343 |
| | : | **(Wire Fraud)** |
| | : | 18 U.S.C. § 2 |
| | : | **(Aiding and Abetting)** |



## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

REDACTED

At all times material to the Indictment:

### Introduction

1. In or about November 2003, defendant **NATHANIEL V. WILLS** and others defrauded

and stole money from the Amen Gift Shop and others using counterfeit United States currency to pay

for wire transfers which resulted in defendant **WILLS** and others obtaining genuine United



FILED

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By
Deputy Clerk

Statescurrency in exchange for counterfeit currency.

2. The Amen Gift Shop, located at 2113 Rhode Island Avenue, N.E., Washington, D.C., is a retail establishment that sells African clothing, trinkets, and religious items and is affiliated with the Amen Foundation. The Amen Gift Shop also acts as an agent of Western Union by accepting payment to initiate wire transfers of money for Western Union.

3. Western Union is a financial services company. As part of its business, Western Union transfers money by wire on behalf of its customers. Western Union charges a fee to transfer funds. Western Union does not require identification on transaction amounts under $1000.00.

4. Bass Liquors, located at 3208 Rhode Island Avenue, Mt. Rainier, Maryland, acted as an agent of Western Union.

5. The Giant Food store, located at 1414 8th Street, N.W., Washington, D.C., acted as an agent of Western Union.

The Conspiracy

6. On or about November 5, 2003, in the District of Columbia and elsewhere, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, knowingly and willfully conspired, confederated, and agreed together and with each other to commit offenses against the United States and to defraud the United States, that is:

(A) to pass and utter to the Amen Gift Shop, falsely made, forged and counterfeit obligations of the United States, that is, 195 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, and EB38603421B, knowing them to be forged and counterfeited, in violation of Title 18, United States Code, Section 472, Uttering Counterfeit Obligations and Securities;

2

(B) to pass and utter to the Amen Gift Shop, falsely made, forged and counterfeit obligations of the United States, that is, 195 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, and EB38603421B, knowing them to be forged and counterfeited, with the intention that genuine legitimate funds be transmitted by wire through Western Union to obtain genuine legitimate Federal Reserve Notes through Western Union in violation of Title 18, United States Code, Section 473, Dealing in Counterfeit Obligations or Securities; and

(C) knowingly to cause the transfer in interstate commerce, by means of a wire communication, certain signals, that is, a money transfer, with counterfeit bills from the Western Union agent location at the Amen Gift Shop and receive genuine bills at another Western Union agent location, in violation of Title 18, United States Code, Section 1343, Wire Fraud.

Object of the Conspiracy

2. It was the object of the conspiracy to obtain legitimate U.S. currency by wiring counterfeit currency through Western Union and retrieving legitimate United States currency from other Western Union establishments.

Manner and Means Used to Accomplish the Object of the Conspiracy

3. The object of the conspiracy was to be accomplished through the following manner and means, among others:

(A) Members of the conspiracy went into the Amen Gift Shop at 2113 Rhode Island Avenue, N.E., Washington, D.C., and indicated that they wanted to wire $900 in U.S. currency via Western Union.

(B) Members of the conspiracy gave the shop manager of the Amen Gift Shop 49 bills in the denomination of twenty dollars for a total of $980 in counterfeit United States currency for the transaction.

(C) Members of the conspiracy chose the $900 transfer amount because Western Union wire transfers under $1000 do not require identification.

(D) Members of the conspiracy, after filling out the transfer papers and providing the counterfeit funds, immediately went to a nearby location to obtain the genuine U.S. currency.

(E) Members of the conspiracy engaged in a total of four similar transactions and received a total of $3900.00 in genuine United States currency.

<u>Overt Acts</u>

4. In furtherance of the conspiracy and to accomplish the object of the conspiracy, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, committed various overt acts within the District of Columbia and elsewhere, including but not limited to the following:

(A) On or about November 5, 2003, in the District of Columbia, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, in furtherance of their plan to transfer counterfeit bills in exchange for genuine bills, entered the Amen Gift Shop at 2113 Rhode Island Avenue, N.E., Washington, D.C., and gave the manager $980.00 in counterfeit bills, $900.00 of which was to be transferred by wire through Western Union.

(B) On or about November 5, 2003, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, entered the Western Union agent location at Bass Liquors, 3208

4

Rhode Island Avenue, Mt. Rainier, Maryland, and received $900.00 in genuine U.S. currency.

(**Conspiracy to Commit Offense and to Defraud United States**, in violation of Title 18, United States Code, Section 371)

## COUNTS TWO THROUGH FIVE

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set fort herein.

### The Fraud Scheme

2. On or about November 5, 2003, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, devised a scheme and artifice to defraud and for obtaining genuine money by means of transferring counterfeit money.

### Manner and Means of the Scheme and Artifice

3. It was a part of the scheme and artifice that the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury would enter the Amen Gift Shop for the purpose of transferring counterfeit U.S. currency using Western Union's wire transfer service.

4. It was further a part of the scheme and artifice that the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury would give 49 counterfeit bills in the denomination of twenty dollars to a shop manager at Amen Gift Shop in the District of Columbia, to transfer $900.00 and pay the $79.00 transaction fee.

5. It was further a part of the scheme and artifice that the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury would go to other Western Union agent locations and receive the money transfer in the form of $900.00 in genuine United States bills.

<u>Use of the Wires in Furtherance of the Scheme</u>

6. On or about November 5, 2003, in the District of Columbia and elsewhere, the defendant

**NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, for the purpose of

executing and attempting to execute the above scheme and artifice to defraud and obtain money by

means of false and fraudulent pretenses, representations, and promises, did cause to be transmitted,

by means of a wire communication in interstate commerce, certain writings and signals listed below:

| COUNT | TIME SENT | PLACE SENT | SENDER | TIME RECEIVED | PLACE RECEIVED | RECIPIENT |
|---|---|---|---|---|---|---|
| 2 | 11:30 a.m. | Amen Gift Shop, D.C. | Person unknown to Grand Jury (Listed as Kisha Williams) | 1:30 p.m. | Bass Liquors, MD | **NATHANIEL V. WILLS** |
| 3 | 12:15 p.m. | Amen Gift Shop, D.C. | Person Unknown to Grand Jury (Listed as Nate James) | 1:40 p.m. | Bass Liquors, MD | Person Unknown to Grand Jury (Listed as Jamika Griggs) |
| 4 | 2:00 p.m. | Amen Gift Shop, D.C. | **NATHANIEL V. WILLS** (Listed as Pamela Lee) | 3:30 p.m. | Giant Food, D.C. | Person Unknown to Grand Jury (Listed as Natema Greene) |
| 5 | 2:30 p.m. | Amen Gift Shop, D.C. | Person Unknown to Grand Jury (Listed as Jackie Smith) | 3:20 p.m. | Giant Food, D.C. | Person Unknown to Grand Jury (Listed as Jamika Griggs) |

(**Wire Fraud**, in violation of Title 18, United States Code, Sections 1343 and 2)

6

## COUNT SIX

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 11:30 a.m., in the District of Columbia, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, with intent to defraud, did pass and utter to the Amen Gift Shop, falsely made, forged and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, and EB38603421B, which they then knew to be falsely made, forged and counterfeited.

> **(Uttering Counterfeit Obligations and Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 472 and 2)

## COUNT SEVEN

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 12:15 p.m., in the District of Columbia, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, with intent to defraud, did pass and utter to the Amen Gift Shop, falsely made, forged and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, and EB38603421B, which they then knew to be falsely made, forged and counterfeited.

> **(Uttering Counterfeit Obligations and Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 472 and 2)

## COUNT EIGHT

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 2:00 p.m., in the District of Columbia, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, with intent to defraud, did pass and utter to the Amen Gift Shop, falsely made, forged and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, and EB38603421B, which they then knew to be falsely made, forged and counterfeited.

(**Uttering Counterfeit Obligations and Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 472 and 2)

## COUNT NINE

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 2:30 p.m., in the District of Columbia, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, with intent to defraud, did pass and utter to the Amen Gift Shop, falsely made, forged and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, and EB38603421B, which they then knew to be falsely made, forged and counterfeited.

(**Uttering Counterfeit Obligations and Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 472 and 2)

8

## COUNT TEN

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 11:30 a.m., in the District of Columbia and elsewhere, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, did knowingly exchange, transfer, and deliver to the Amen Gift Shop false, forged, and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, EB38603421B, with the intent that the same be passed, published, and used as true and genuine.

(**Dealing in Counterfeit Obligations or Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 473 and 2)

## COUNT ELEVEN

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 12:15 p.m., in the District of Columbia and elsewhere, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, did knowingly exchange, transfer, and deliver to the Amen Gift Shop false, forged, and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A , EC42022210A, EB38603421B, with the intent that the same be passed, published, and used as true and genuine.

(**Dealing in Counterfeit Obligations or Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 473 and 2)

9

## COUNT TWELVE

1. Paragraphs 1 through 6 Count One of the Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 2:00 p.m., in the District of Columbia and elsewhere, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, did knowingly exchange, transfer, and deliver to the Amen Gift Shop false, forged, and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination of twenty dollars, Series of 2004, Serial Nos. EB85611224A , EC42022210A, EB38603421B, with the intent that the same be passed, published, and used as true and genuine.

(**Dealing in Counterfeit Obligations or Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 473 and 2)

## COUNT THIRTEEN

1. Paragraphs 1 through 6 of Count One of this Indictment are re-alleged as though fully set forth herein.

2. On or about November 5, 2003, at approximately 2:30 p.m., in the District of Columbia and elsewhere, the defendant **NATHANIEL V. WILLS** and other persons unknown to the Grand Jury, did knowingly exchange, transfer, and deliver to the Amen Gift Shop false, forged, and counterfeited obligations of the United States, that is, 49 Federal Reserve Notes in the denomination

'of twenty dollars, Series of 2004, Serial Nos. EB85611224A, EC42022210A, EB38603421B, with

the intent that the same be passed, published, and used as true and genuine.

(**Dealing in Counterfeit Obligations or Securities and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 473 and 2)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia

| PROB 22-DC (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 04-341-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR06-17-UNA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Nathaniel Wills | District of Columbia | U.S. Probation Office |

**FILED**

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Richard W. Roberts |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 7, 2005 | TO December 6, 2008 |
|---|---|---|

OFFENSE

Wire Fraud and Aiding and Abetting

Uttering Counterfeit Obligations and Securities and Aiding and Abetting

Dealing in Counterfeit Obligations or Securities and Aiding and Abetting

**FILED**

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 1-31-06 | *Robert* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 3/2/06 | |
|---|---|
| Effective Date | United States District Judge |

United States District Court
For the District of Columbia

A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _Melinda L. Pugh_
Deputy Clerk

37

CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00341-RWR-ALL
#### Internal Use Only

Case title: USA v. WILLS                          Date Filed: 07/23/2004
Magistrate judge case number: 1:04-mj-00143-JN

Assigned to: Judge Richard W. Roberts

### Defendant

**NATHANIEL V. WILLS** (1)                represented by **Tony W. Miles**
*also known as*                           FEDERAL PUBLIC DEFENDER FOR
NATHANIEL VALDESPINO WILLS                D.C.
(1)                                       625 Indiana Avenue, NW
                                          Suite 550
                                          Washington, DC 20004
                                          (202) 208-7500
                                          Fax: (202) 208-7515
                                          Email: tony_miles@fd.org
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: Public Defender or*
                                          *Community Defender Appointment*



FILED

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE    RG

Scanned

### Pending Counts                        ### Disposition

18:371 FRAUD BY WIRE, RADIO, OR
TELEVISION; Conspiracy to Commit          DISMISSED BY MOTION OF THE
Offense and to Defraud United States.     GOVERNMENT.
(1)

18:1343; 18:2 FRAUD BY WIRE,
RADIO, OR TELEVISION; Wire Fraud;         DISMISSED BY MOTION OF THE
Aiding and Abetting.                      GOVERNMENT.
(2-3)

18:1343; 18:2 FRAUD BY WIRE,              Defendant sentenced to Eighteen (18)
RADIO, OR TELEVISION; Wire Fraud;         Months incarceration, to run
Aiding and Abetting.                      concurrently. Restitution of $3,900.00
(4)                                       imposed. Special Assessment of $100.00
                                          on each count totalling $300.00 imposed.

Supervised Release of Three (3) Years imposed on each count, to run concurrrently. 3/16/06: Supervised Release supervision transferred to U.S. District Court for the District of Delaware.

18:1343; 18:2 FRAUD BY WIRE, RADIO, OR TELEVISION; Wire Fraud; Aiding and Abetting.
(5)

DISMISSED BY MOTION OF THE GOVERNMENT.

18:472; 18:2 PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES; Uttering Counterfeit Obligations and Securities; Aiding and Abetting.
(6-7)

DISMISSED BY MOTION OF THE GOVERNMENT.

18:472; 18:2 PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES; Uttering Counterfeit Obligations and Securities; Aiding and Abetting.
(8)

Defendant sentenced to Eighteen (18) Months incarceration, to run concurrently. Restitution of $3,900.00 imposed. Special Assessment of $100.00 on each count totalling $300.00 imposed. Supervised Release of Three (3) Years imposed on each count, to run concurrrently. 3/16/06: Supervised Release supervision transferred to U.S. District Court for the District of Delaware.

18:472; 18:2 PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES; Uttering Counterfeit Obligations and Securities; Aiding and Abetting.
(9)

DISMISSED BY MOTION OF THE GOVERNMENT.

18:473; 18:2 DEAL IN COUNTERFEIT OBLIGATIONS AND SECURITIES; Dealing in Counterfeit Obligations or Securities; Aiding and Abetting.
(10-11)

DISMISSED BY MOTION OF THE GOVERNMENT.

18:473; 18:2 DEAL IN COUNTERFEIT OBLIGATIONS AND SECURITIES; Dealing in Counterfeit Obligations or Securities; Aiding and Abetting.
(12)

Defendant sentenced to Eighteen (18) Months incarceration, to run concurrently. Restitution of $3,900.00 imposed. Special Assessment of $100.00 on each count totalling $300.00 imposed. Supervised Release of Three (3) Years imposed on each count, to run concurrrently. 3/16/06: Supervised Release supervision transferred to U.S.

District Court for the District of Delaware.

18:473; 18:2 DEAL IN COUNTERFEIT OBLIGATIONS AND SECURITIES; Dealing in Counterfeit Obligations or Securities; Aiding and Abetting. (13)

DISMISSED BY MOTION OF THE GOVERNMENT.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Complaint filed in violation of 18:472 and 473. | |

**Plaintiff**

USA    represented by **Brenda Jene Johnson**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
Room 11-441
Washington, DC 20530
(202) 353-4154
Fax: (202) 307-6059
Email: brenda.johnson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2004 | 1 | COMPLAINT filed in violation of 18:472 and 473 as to NATHANIEL VALDOSPION WILLS (1). (zjdc, )[1:04-mj-00143-JMF] (Entered: 03/22/2004) |
| 03/08/2004 | | Arrest Warrant Issued by Magistrate Judge John M. Facciola as to NATHANIEL VALDOSPION WILLS. (zjdc, )[1:04-mj-00143-JMF] |

Case 1:06-cr-00017-GMS     Document 5-4     Filed 07/26/2006     Page 4 of 9

|            |     | (Entered: 03/22/2004) |
|------------|-----|-----------------------|
| 07/23/2004 | 2   | INDICTMENT as to NATHANIEL V. WILLS (1) count(s) 1, 2-5, 6-9, 10-13. (erd) (Entered: 07/28/2004) |
| 07/23/2004 |     | DOB N/A and PDID NO. 375541 as to NATHANIEL V. WILLS (erd) (Entered: 07/28/2004) |
| 08/20/2004 |     | Arrest of NATHANIEL V. WILLS in U.S. District Court for the District of Delaware, Wilmington. (mlp, ) (Entered: 09/01/2004) |
| 08/26/2004 | 3   | Rule 40 Documents Received as to NATHANIEL V. WILLS from U.S. District Court for the District of Delaware. Their Case Number 04-89M. (mlp, ) (Entered: 09/01/2004) |
| 09/01/2004 | 5   | Bench Warrant Returned Executed on 9/1/04. as to NATHANIEL V. WILLS. (erd) (Entered: 09/27/2004) |
| 09/01/2004 |     | Minute Entry for proceedings held before Judge John M. Facciola : Bench warrant returned executed. Arrest of NATHANIEL V. WILLS in U.S. District Court for the District of Delaware, Wilmington on 8/20/04.Arraignment as to NATHANIEL V. WILLS (1) Count 1,2-5,6-9,10-13 held on 9/1/2004, Plea of not guilty entered by NATHANIEL V. WILLS (1) on Count(s) 1,2-5,6-9,10-13. Court appointed counsel Tony Miles. Greg Spencer for Tony Miles. Detention Hearing set for 9/13/2004 09:30 AM before Judge Richard W. Roberts. Defendant commited/commitment issued. (Court Reporter Pro-Typist, Inc., CTRM. 4) (erd) (Entered: 09/27/2004) |
| 09/01/2004 |     | NOTICE OF ATTORNEY APPEARANCE: Tony W. Miles appearing for NATHANIEL V. WILLS (erd) (Entered: 09/27/2004) |
| 09/01/2004 | 6   | ORDER FOR RELIEF OF TEMPORARY DETENTION to permit revocation of conditional release, deportation or exclusion - Defendant Held Without Bond as to NATHANIEL V. WILLS; Signed by Mag/Judge John M. Facciola on 9/1/04. (erd) (Entered: 09/27/2004) |
| 09/01/2004 | 7   | ORDER FOR TEMPORARY DETENTION - Defendant Held Without Bond as to NATHANIEL V. WILLS; Signed by Mag/Judge John M. Facciola on 9/1/04. (erd) (Entered: 09/27/2004) |
| 09/08/2004 | 8   | ORDER as to NATHANIEL V. WILLS; that deadlines for all pretrial motions in cluding government motions seeking permission to introduce other act evidence under Federa Rule of Evidence 404(b), and to impeach with prior convictions under Rule 609 due by 9/13/2004; Signed by Judge Richard W. Roberts on 9/7/04. (erd) (Entered: 10/01/2004) |
| 09/13/2004 |     | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :detention hearing as to NATHANIEL V. WILLS held on 9/13/2004; pretrial detention ordered. Defendant committed/commitment issued. (Court Reporter Pro-Typists, Inc.) (mlp, ) (Entered: 10/04/2004) |

| 09/13/2004 | 9 | ORDER OF PRETRIAL DETENTION - Held Without Bond as to NATHANIEL V. WILLS. Signed by Magistrate Judge John M. Facciola on 9/13/04. (mlp, ) (Entered: 10/04/2004) |
| --- | --- | --- |
| 09/16/2004 | 12 | NOTICE OF ATTORNEY APPEARANCE: Tony W. Miles appearing for NATHANIEL V. WILLS. (erd) (Entered: 10/14/2004) |
| 09/17/2004 | 4 | MOTION for Extension of Time to file Pretrial Motions by NATHANIEL V. WILLS. (hsj, ) (Entered: 09/20/2004) |
| 09/17/2004 | 10 | ORDER as to NATHANIEL V. WILLS: the time from 9/17/04 until the earlier of either 1) a party files a motion for a stauts and scheduling conference, or 2) the parties otherwise appear before the undersigned in open court, is excluded under the Speedy Trial Act, in the interests of justice. The parties are directed to file a joint written status report within 30 days of the date of this Order if neither of the two above events restarting the Speedy Trial clock occurs within that 30 day period. Signed by Judge Richard W. Roberts on 9/16/04. (mlp, ) (Entered: 10/05/2004) |
| 09/17/2004 | 11 | ORDER as to NATHANIEL V. WILLS: it appearing that a warrant has been lodged against the defendant, it is ordered that the government's motion for defendant's detention pending trial is granted without prejudice to the defendant seeking his release or the government seeking his detention if the warrant should be lifted. Signed by Magistrate Judge John M. Facciola on 9/16/04. (mlp, ) (Entered: 10/06/2004) |
| 10/07/2004 | 14 | ORDER granting [4] Motion for Extension of Time within which to file pretrial motions as to NATHANIEL V. WILLS (1); pretrial motions due on 10/12/04. Speedy trial time shall be excluded from 10/4/04 to 10/12/04, as it is in the interest of justice, and those interests outweigh the interest of the parties and public in a speedier trial. The purpose is to permit defense counsel adequate time to receive and review discovery and consult with his client concerning pretrial motions, given the exercise of due diligence; Signed by Judge Richard W. Roberts on 10/4/04. (erd) (Entered: 10/26/2004) |
| 10/07/2004 | | ***Start Speedy Trial Excludable (XT-1) as to NATHANIEL V. WILLS : (erd) (Entered: 10/26/2004) |
| 10/18/2004 | 13 | RESPONSE by USA to defendant's motion to review order of detention as to NATHANIEL V. WILLS. (erd) (Entered: 10/20/2004) |
| 10/27/2004 | 15 | JOINT MOTION for a status hearing by USA, NATHANIEL V. WILLS. (erd) (Entered: 10/28/2004) |
| 10/27/2004 | 16 | MOTION to review Order of detention by NATHANIEL V. WILLS. "Leave to file granted, 10/27/04." Roberts, J. (fiat) (mlp, ) (Entered: 10/29/2004) |
| 11/01/2004 | 17 | ORDER granting [15] Motion for status hearing as to NATHANIEL V. WILLS (1); setting status hearing for 11/4/04 at 9:45 a.m.Signed by Judge Richard W. Roberts on 10/29/04. (lin, ) (Entered: 11/01/2004) |

| | | |
|---|---|---|
| 11/01/2004 | ✪ | NOTICE OF HEARING as to NATHANIEL V. WILLS Status Conference set for 11/4/2004 09:45 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 11/01/2004) |
| 11/02/2004 | ✪ | NOTICE OF HEARING as to NATHANIEL V. WILLS Bond Hearing set for 11/22/2004 11:00 AM in Courtroom 4 before Magistrate Judge Alan Kay. (lin, ) (Entered: 11/02/2004) |
| 11/04/2004 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to NATHANIEL V. WILLS held on 11/4/2004. Speedy trial excludable: 11/4/04 to 12/10/04. Plea Agreement Hearing set for 12/10/2004 03:30 PM before Judge Richard W. Roberts. Defendant committed/commitment issued.(Court Reporter Susan Tyner) (erd) (Entered: 11/16/2004) |
| 11/22/2004 | ✪ | Minute Entry for proceedings held before Mag/Judge Alan Kay :Bond Review Hearing begun as to NATHANIEL V. WILLS held on 11/22/2004 Bond Review Hearing continued for 12/6/2004 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola. Defendant committed/commitment issued.(Court Reporter Pro-Typist, Inc., CTRM. 4) (erd) (Entered: 12/20/2004) |
| 12/01/2004 | | Registration Number as to NATHANIEL V. WILLS; 27726-016. (zldc, ) (Entered: 12/01/2004) |
| 12/01/2004 | | DOB: 10/18/65 and PDID NO.: 375-541 as to NATHANIEL V. WILLS. (zldc, ) (Entered: 12/01/2004) |
| 12/06/2004 | ✪18 | FACTUAL PROFFER in support of guilty plea by USA as to NATHANIEL V. WILLS; attachment. (erd) (Entered: 12/07/2004) |
| 12/06/2004 | ✪ | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Bond Review as to NATHANIEL V. WILLS held on 12/6/2004. Government's oral moiton for Pretrial Detention, heard and denied. (Defendant on Bond, Cash Bond Set for $50,000.00)(Court Reporter Pro-Typists, Inc., Ctrm. 4.) (hsj, ) (Entered: 01/18/2005) |
| 12/10/2004 | | Minute Entry for proceedings held before Judge Richard W. Roberts :status conference as to NATHANIEL V. WILLS held on 12/10/2004; case called for a plea; plea did not go forward. Speedy trial time between 12/10/04 and 1/20/05 is excluded; (X-T). Parties to file a status report by 1/13/05. Defendant committed/commitment issued. (Court Reporter Jon Hundley, Miller Reporting Co.) (mlp, ) (Entered: 01/18/2005) |
| 12/10/2004 | ✪21 | WAIVER of Right to Trial by Jury as to NATHANIEL V. WILLS. Approved by Judge Richard W. Roberts on 12/10/04. (mlp, ) (Entered: 01/18/2005) |
| 01/11/2005 | ✪20 | TRANSCRIPT of Proceedings as to NATHANIEL V. WILLS before Judge Richard W. Roberts held on 12/10/04. Court Reporter: Jon Hundley, Miller Reporting Company. (hsj, ) (Entered: 01/15/2005) |

| 01/13/2005 | 19 | MOTION for a Status and Trial Date by USA as to NATHANIEL V. WILLS. (hsj, ) (Entered: 01/15/2005) |
| --- | --- | --- |
| 01/25/2005 | | ORDER as to NATHANIEL V. WILLS, granting the Joint Motion for a Status Hearing and Plea. Status Hearing and/or Plea set for 1/28/05 at 2:45 p.m. before Judge Richard W. Roberts Signed by Judge Richard W. Roberts on 1/24/05. (gdf) (Entered: 02/03/2005) |
| 01/28/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :Status Conference as to NATHANIEL V. WILLS held on 1/28/2005; voir dire and verdict form to be submitted by 5/31/05; written objections to be submitted by counsel by 6/6/05; parties to confer and submit joint submission by 6/10/05; Jury Trial set for 6/20/2005 09:15 AM in Courtroom 9 before Judge Richard W. Roberts; Court finds with defendant's consent that speedy trial time be waived in the interests of justice from 1/28/05 to 6/20/05; defendant committed; commitment issued.(Court Reporter Scott Wallace.) (jeb, ) (Entered: 03/25/2005) |
| 02/01/2005 | 22 | ORDER directing counsel to observe at trial the procedures listed in Attachment B and that in the event of a conviction, all sentencing motions and sentencing memoranda must be filed no later than five business days before the date of sentencing as to NATHANIEL V. WILLS Signed by Judge Richard W. Roberts on 1/31/05. (zcp, ) (Entered: 03/09/2005) |
| 03/25/2005 | | ***Excludable started as to NATHANIEL V. WILLS:, ***Excludable(s) stopped as to NATHANIEL V. WILLS (jeb, ) (Entered: 03/25/2005) |
| 04/12/2005 | | NOTICE OF HEARING as to NATHANIEL V. WILLS Plea set for 4/13/2005 04:00 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/12/2005) |
| 04/13/2005 | | Minute Entry for proceedings held before Judge Richard W. Roberts :plea agreement hearing as to NATHANIEL V. WILLS held on 4/13/2005; PRESENTENCE REFERRAL as to NATHANIEL V. WILLS: defendant referred to the Probation Office for a presentence investigation; plea of guilty entered on Counts 4, 8, and 12. Sentencing set for 6/22/2005 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. Defendant committed/commitment issued.(Court Reporter William McAllister.) (mlp, ) (Entered: 04/19/2005) |
| 04/13/2005 | 23 | WAIVER of Right to Trial by Jury as to NATHANIEL V. WILLS. Approved by Judge Richard W. Roberts on 4/13/05. (mlp, ) (Entered: 04/19/2005) |
| 04/13/2005 | 24 | PLEA AGREEMENT as to NATHANIEL V. WILLS. (mlp, ) (Entered: 04/19/2005) |
| 04/13/2005 | 25 | FACTUAL PROFFER by NATHANIEL V. WILLS and USA. (mlp, ) (Entered: 04/19/2005) |
| 06/07/2005 | 26 | ENTERED IN ERROR.....SENTENCING MEMORANDUM by USA as to NATHANIEL V. WILLS (Attachments: # 1 Text of Proposed Order |

Order)(Johnson, Brenda) Modified on 6/8/2005 (mlp) (Entered: 06/07/2005)

| | | |
|---|---|---|
| 06/07/2005 | 🌏 27 | ENTERED IN ERROR.....MOTION to Continue *Sentencing Date* by USA as to NATHANIEL V. WILLS. (Johnson, Brenda) Modified on 6/8/2005 (mlp) (Entered: 06/07/2005) |
| 06/08/2005 | 🌏 | NOTICE OF CORRECTED DOCKET ENTRY: document #26 was entered in error and counsel was instructed to refile said pleading. (mlp) (Entered: 06/08/2005) |
| 06/08/2005 | 🌏 | NOTICE OF CORRECTED DOCKET ENTRY: document #27 was entered in error and counsel was instructed to refile said pleading. (mlp) (Entered: 06/08/2005) |
| 06/08/2005 | 🌏 28 | MOTION to Continue *Sentencing Date* by USA as to NATHANIEL V. WILLS. (Johnson, Brenda) (Entered: 06/08/2005) |
| 06/08/2005 | 🌏 29 | SENTENCING MEMORANDUM by USA as to NATHANIEL V. WILLS (Johnson, Brenda) (Entered: 06/08/2005) |
| 06/08/2005 | 🌏 30 | NOTICE *Proposed Order* by USA as to NATHANIEL V. WILLS re 28 MOTION to Continue *Sentencing Date* (Johnson, Brenda) (Entered: 06/08/2005) |
| 06/09/2005 | 🌏 | MINUTE ORDER granting 28 motion to continue sentencing as to NATHANIEL V. WILLS (1). The sentencing scheduled for 6/22/05 is hereby rescheduled for 6/29/05 at 3:30 p.m.Signed by Judge Richard W. Roberts on June 8, 2005. (adc) (Entered: 06/09/2005) |
| 06/17/2005 | 🌏 | Terminate Trial date as to NATHANIEL V. WILLS: (zlin, ) (Entered: 06/17/2005) |
| 06/21/2005 | 🌏 | Terminate Sentencing date as to NATHANIEL V. WILLS: (zlin, ) (Entered: 06/21/2005) |
| 06/28/2005 | 🌏 31 | NOTICE *of Filing* by NATHANIEL V. WILLS (Attachments: # 1 Exhibit Letter in Aid of Sentencing)(Miles, Tony) (Entered: 06/28/2005) |
| 06/29/2005 | 🌏 | Minute Entry for proceedings held before Judge Richard W. Roberts :Sentencing as to NATHANIEL V. WILLS held on 6/29/2005 for NATHANIEL V. WILLS (1), Count(s) 1, 10-11, 13, 2-3, 5, 6-7, 9, DISMISSED BY MOTION OF THE GOVERNMENT.; Count(s) 12, Defendant sentenced to Eighteen (18) Months incarceration, to run concurrently. Restitution of $3,900.00 imposed. Special Assessment of $100.00 on each count totalling $300.00 imposed. Supervised Release of Three (3) Years imposed on each count, to run concurrrently.; Count(s) 4, Defendant sentenced to Eighteen (18) Months incarceration, to run concurrently. Restitution of $3,900.00 imposed. Special Assessment of $100.00 on each count totalling $300.00 imposed. Supervised Release of Three (3) Years imposed on each count, to run concurrrently.; Count(s) 8, Defendant sentenced to Eighteen (18) Months incarceration, to run concurrently. Restitution of $3,900.00 imposed. Special Assessment of |

|  |  | $100.00 on each count totalling $300.00 imposed. Supervised Release of Three (3) Years imposed on each count, to run concurrently. (Defendant Committed/Commitment Issued) (Court Reporter Scott Wallace.) (hsj, ) (Entered: 07/08/2005) |
|---|---|---|
| 07/05/2005 | 32 | Receipt and Acknowledgment of Presentence Investigation Report by Counsel for Defendant. (lin, ) (Entered: 07/05/2005) |
| 07/05/2005 | 33 | Receipt and Acknowledgment of Presentence Investigation Report by USA as to NATHANIEL V. WILLS (lin, ) (Entered: 07/05/2005) |
| 07/15/2005 | 36 | JUDGMENT as to NATHANIEL V. WILLS (1). Signed by Judge Richard W. Roberts on 7/14/05. (mlp) (Entered: 03/17/2006) |
| 07/15/2005 |  | ***Case Terminated as to NATHANIEL V. WILLS. (mlp) (Entered: 03/17/2006) |
| 02/03/2006 | 34 | PROBATION REQUEST for Course of Action with waiver of hearing to modify conditions as to NATHANIEL V. WILLS. Ordered by Judge Richard W. Roberts on 1/31/06. (lin, ) Modified on 2/6/2006 (mlp) (Entered: 02/03/2006) |
| 02/03/2006 | 35 | ENTERED IN ERROR.....ORDER as to NATHANIEL V. WILLS transferring jurisdiction. Signed by Judge Richard W. Roberts on 1/31/06. (lin, ) Modified on 2/6/2006 (mlp) (Entered: 02/03/2006) |
| 02/06/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: as to NATHANIEL V. WILLS re 35 Order Transferring Jurisdiction was entered in error and deputy clerk was instructed not to refile said pleading. (mlp) (Entered: 02/06/2006) |
| 03/16/2006 | 37 | Supervised Release Jurisdiction Transferred to U.S. District Court for the District of Delaware as to NATHANIEL V. WILLS. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Ordered by Judge Richard W. Roberts on 1/31/06. (mlp) (Entered: 03/17/2006) |
| 03/17/2006 |  | TRANSFER OF JURISDICTION paperwork forwarded to Clerk, U.S. District Court for the District of Delaware. (mlp) (Entered: 03/17/2006) |

United States District Court
For the District of Columbia
**A TRUE COPY**
NANCY MAYER WHITTINGTON, Clerk

By _Melinda L. Pugh_
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

NATHANIEL W. WILLS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 04-341-1

<u>Tony Miles</u>
Defendant's Attorney

**FILED**

JUL 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

Pleaded guilty to Count(s) 4, 8, 12 on 4/13/05.

Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Count(s) |
|---|---|---|---|
| 18 USC 1343 and 2 | Wire Fraud and Aiding and Abetting | 11/5/03 | 4 |
| 18 USC 472 and 2 | Uttering Counterfeit Obligations and Securities and Aiding and Abetting | 11/5/03 | 8 |
| 18 USC 473 and 2 | Dealing in Counterfeit Obligations or Securities and Aiding and Abetting | 11/5/03 | 12 |

As pronounced on 6/29/05, the defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All remaining counts are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the 14ᵗʰ day of _July_, 2005.

_____
The Honorable Richard W. Roberts

Defendant's Soc. Sec. No.: XXX-XX-9761
Defendant's Date of Birth: XX-XX-65
Defendant's USM No.: 27726-016
Defendant's Residence and Mailing Address:

**FILED**

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _Melinda L. Pugh_
Deputy Clerk

Defendant: NATHANIEL W. WILLS                                    Judgment - Page 2 of 4
Case Number: 04-341-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months on each of counts 4, 8 and 12 to run concurrently..

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be designated to a facility as close to his wife as possible..

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
        Deputy Marshal

Defendant: NATHANIEL W. WILLS                                                    Judgment - Page 3 of 4
Case Number: 04-341-1

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 Years on each of counts 4, 8 and 12 to run concurrently.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1.    The defendant shall report in person to the Probation Office in the district to which the defendant is released as soon as possible, but in no event later than 72 hours of release from the custody of the Bureau of Prisons.
If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

### STANDARD CONDITIONS OF SUPERVISION

1.    You will not leave the judicial district without permission of the Court or probation officer.
2.    You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3.    You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4.    You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5.    You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.    You will notify the probation officer at least ten days prior to any change of residence or employment.
7.    You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8.    You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9.    You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10.   You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11.   You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12.   As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13.   You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

-The defendant shall pay the balance of any restitution owed at a rate of not less than $100.00 each month and provide verification of the payments to the Probation Office.

-The defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

-The defendant shall participate in an alcohol aftercare treatment program which may include breathalyser testing, detoxification service, outpatient counseling, as approved and directed by the Probation Office.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

Defendant: NATHANIEL W. WILLS                                    Judgment - Page 4 of 4
Case Number: 04-341-1

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine; (4) cost of prosecution; (5) interest; (6) penalties.

| ASSESSMENT | RESTITUTION | FINE |
|---|---|---|
| $300.00 | $3,900.00 | $0.00 |

## ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $300.00 for Count(s) 4, 8, 12, ($100.00 on each count) which shall be due immediately to the United States District Court Clerk, 333 Constitution Ave., N.W., Rm. 1825, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. Within 30 days of any change of residence or mailing address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation has been paid in full.

## RESTITUTION

The defendant shall make restitution in the total amount of $3,900.00. Payment of restitution is due immediately. The interest for restitution is waived by the Court. Restitution payments shall be made to the Clerk of the Court for the U.S. District Court, District of Columbia, for disbursement to the victim as follows:

Mr. Chris Egbulem, 2903 Mills Ave., N.E. Washington, D.C. 20018

THE COURT FINDS that the defendant does not have the ability to pay a fine and waives its imposition.