PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:06CR00017-GMS |
| | ) |
| Nathaniel W. Wills, | ) |
| | ) |
| Defendant. | ) |

Petition on Probation and Supervised Release

COMES NOW <u>Nancy A. Klingler</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Nathaniel W. Wills</u>, who was placed on supervision by the Honorable <u>Richard W. Roberts</u>, sitting in the court in the <u>District of Columbia</u> on the <u>29th</u> day of <u>June, 2005</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall pay restitution of $3,900 at a rate of no less than $100 per month.
The defendant shall participate in DNA collection.
The defendant shall participate in alcohol aftercare treatment and testing.
The defendant shall participate in substance abuse treatment and testing.


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED


**PRAYING THAT THE COURT WILL ORDER** ...that a warrant be issued for the arrest of Nathaniel Wills so that he may be brought before the Court for a hearing to determine if he has violated the conditions of supervised release.


ORDER OF COURT

So ordered this 24th day of January, 2007.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_Nancy A. Klingler_
U.S. Probation Officer

Executed on   January 23, 2007

Place   Dover, Delaware

FILED
JAN 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation office and follow the instructions of the probation officer.

**Evidence:** On December 4, 2006, the defendant was instructed by the probation officer to resolve the outstanding Court of Common Pleas warrant before December 28, 2006. The defendant has failed to do so and the warrant remains outstanding.

**Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change of residence or employment.

**Evidence:** On January 18, 2007, the Clerk's office for the District of Delaware, notified the probation officer that they had received notification that the defendant was no longer employed for Grant & Sons Roofing. The defendant has not notified the probation officer of this employment change.

**Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances expect as prescribed by a physician.

**Evidence**: The defendant tested positive on the following dates:

| Date | Substance |
|---|---|
| December 21, 2005 | cocaine |
| December 22, 2005 | cocaine |
| December 29, 2005 | cocaine |
| January 5, 2006 | cocaine |
| March 2, 2006 | cocaine and marijuana |
| March 7, 2006 | cocaine |
| October 17, 2006 | cocaine |
| December 13, 2006 | cocaine |
| December 14, 2006 | cocaine and marijuana |
| December 19, 2006 | cocaine |

**Standard Condition #10**: The defendant shall notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.

**Evidence:** On January 3, 2007, the defendant was charged by the Milford Police Department with failure to have insurance identification; failure to have a registration card; failure to transfer title, and driving while suspended or revoked. Mr. Wills has failed to notify the probation officer of this arrest.

**Special Condition**: The defendant shall participate in substance abuse treatment and testing.

**Evidence:** The defendant failed to report to Sussex County Counseling on the following dates for random drug testing.

December 19, 2005
January 23, 2006
February 1, 2006
February 22, 2006
April 19, 2006
April 24, 2006
May 16, 2006
July 20, 2006
August 24, 2006
October 25, 2006
October 31, 2006
November 13, 2006
November 17, 2006
November 28, 2006
January 11, 2007