AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>NATHANIEL V. WILLS<br><br>To: The United States Marshal<br>and any Authorized United States Officer | **WARRANT FOR ARREST**<br><br>Case Number:   06-CR-17-1 GMS<br><br>REDACTED |

YOU ARE HEREBY COMMANDED to arrest   <u>Nathaniel V. Wills</u>
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   **X** Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

SEE ATTACHED PETITION

FILED
FEB - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

Dr. Peter T. Dalleo
Name of Issuing Officer

By: Marie McDavid, Deputy Clerk
Signature of Issuing Officer

Clerk of the Court
Title of Issuing Officer

January 24, 2007, at Wilmington, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Milford, DE

| DATE RECEIVED<br>1-24-07 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>William David |
|---|---|---|
| DATE OF ARREST<br>2-5-07 | | |