IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-17 GMS |
| | ) |
| NATHANIEL WILLIS, [Wills own wills] | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION**

NOW COMES the United States and moves for the detention of the defendant, Nathaniel Willis, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a danger to the community, a risk of non-appearance and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight or danger to the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

                                                          Respectfully submitted,

                                                          COLM F. CONNOLLY
                                                          United States Attorney

                                      BY: _/s/ Douglas E. McCann_____
                                                      Douglas E. McCann
                                                      Assistant United States Attorney

Dated: February 5, 2007