IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-17-GMS |
| NATHANIEL V. WILLS, | : |
| Defendant. | : |

### NOTICE OF ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Douglas E. McCann, Assistant United States Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Douglas E. McCann
Douglas McCann
Assistant United States Attorney

Dated:    February 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br>    Plaintiff,  :  <br>  :  <br> v.  :  <br>  :  <br> NATHANIEL V. WILLS,  :  <br>    Defendant.  :  | Civil Action No. 06-17-GMS |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 8th day of February, 2007, I caused copies of the foregoing Notice of Entry of Appearance to be served on the following counsel via First Class Mail:

>Edson A. Bostic
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801

/s/ Marie Steel
Marie Steel
Legal Assistant