PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:06CR00017-001 (GMS) |
| Nathaniel Wills, | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Amie K. Docherty Probation Officer of the Court presenting an official report upon the conduct and attitude of Nathaniel Wills, who was placed on supervision by the Honorable Gregory M. Sleet, sitting in the court at Wilmington, Delaware on the 15th day of February, 2007, who fixed the period of supervision at one year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Upon release of imprisonment, the defendant shall be immediately transported to an inpatient drug treatment program and complete said program. If the defendant is not in compliance with this special condition, he will be in violation of supervised release. All previous conditions of the prior term of supervised release are reimposed as follows: The defendant shall participate in DNA collection; the defendant shall participate in alcohol aftercare treatment and testing; the defendant shall participate in substance abuse treatment and testing; the defendant shall pay restitution of $3,900 at a rate of no less than $100.00 per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER**...that a warrant be issued for the arrest of Nathaniel Wills so that he may be brought before the Court for a hearing to determine if he has violated the terms and conditions of supervised release.

**ORDER OF COURT**

So ordered this 7th day of Dec. 2007.

_____
Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on    December 4, 2007
Place          Dover, Delaware

**Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Evidence**: As of December 4, 2007, Mr. Wills has not submitted monthly supervision reports for October and November 2007. In addition, Mr. Wills has missed the following office appointments: October 29, 2007 and November 1, 2007. On November 20, 2007, a message was left for Mr. Wills to contact the probation office. Mr. Wills did not return this phone call.

**Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Evidence:** Mr. Wills tested positive for cocaine on October 23, 2007. On November 7, 2007, Mr. Wills admitted using cocaine on or about November 4, 2007.

**Special Condition**: The defendant shall pay restitution of $3,900 at a rate of no less than $100 per month.

**Evidence**: As of December 4, 2007, Mr. Wills has not made a restitution payment. His restitution balance remains at $3,470. Mr. Wills's employer has confirmed that Mr. Wills is working various hours per week. No attempts have been made by Mr. Wills to contact the probation office to report inability to pay.

**Special Condition**: The defendant shall participate in substance abuse treatment.

**Evidence**: Mr. Wills has missed group sessions on November 1, 2007 and November 6, 2007. He did not show for a random urine screen on October 27, 2007. Mr. Wills also left his group sessions early so he could avoid urine tests on October 30, 2007 and November 15, 2007.