IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-17-1-GMS |
| | ) |
| NATHANIEL V. WILLS, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION**

**NOW COMES** the United States and moves for the detention of the defendant, Nathaniel V. Wills, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges that the defendant cannot meet his burden of showing that he will not flee or pose a danger to any other person or to the community.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By:      /s/ Shawn A. Weede
      Shawn A. Weede
      Assistant United States Attorney

Dated:   January 24, 2008