## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO**

18 USC §3148

NATHANIEL V. WILLS,

Defendant

**Case Number:** 06-17-GMS

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___TBD___ * at ___TBD___
                                      Date                  Time

before ___Honorable GREGORY M. SLEET, UNITED STATES DISTRICT JUDGE___
                                Name of Judicial Officer

Ctrm. # 4A, 4ᵀᴴ Flr., Federal Bldg., 844 King St., Wilmington, Delaware
                                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                                    Other Custodial Official

and produced for the hearing.

___January 24, 2008___                     ___[signature]___
        Date                                    Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.