AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

NATHANIEL WILLIS

**WARRANT FOR ARREST**

Case Number: 06-CR-17-001 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    NATHANIEL WILLIS
                                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her     (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

in violation of        United States Code, Section(s)     

PETER T. DALLEO                CLERK OF COURT
Name of Issuing Officer               Title of Issuing Officer

By: /s/ Arie Walker, Deputy Clerk    12/12/2007 AT WILMINGTON, DELAWARE
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
Nathaniel Wils

| DATE RECEIVED 12/12/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1/24/08 | | |