IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

     :

     v.      : Criminal No. 06-17 GMS

     :

NATHANIEL WILLS

     :

**ORDER SCHEDULING REVOCATION HEARING**

IT IS HEREBY ORDERED that the revocation hearing regarding the above-captioned defendant is scheduled for **Wednesday, February 6, 2008, at 3:15 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet_____
CHIEF, UNITED STATES DISTRICT JUDGE

January 25, 2008