IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-17 GMS |
| | : |
| NATHANIEL WILLS | : |
| | : |

**ORDER RESCHEDULING REVOCATION HEARING**

IT IS HEREBY ORDERED that the revocation hearing regarding the above-captioned defendant is rescheduled to **Wednesday, February 6, 2008, at 2:00 p.m., rather than 3:15 p.m.,** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

February 6, 2008